**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 19, 2022 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-22-296 (JMA) |
| **NAME OF CASE(S):** | **JACKSON V. SHORE FUNDING SOLUTIONS, INC.** |
| **FOR PLAINTIFF(S):** | Ibey, Schmierer |
| **FOR DEFENDANT(S):** | Olshaker |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | AT&T 2:01 - 2:22 |

**RULINGS FROM MOTION HEARING:**

Plaintiff's Letter MOTION to Compel [16] is denied at this time without prejudice to review following the settlement conference.  Plaintiff's Request for a pre-motion conference on an intended Motion to Strike Affirmative Defenses [13] is denied without prejudice.  Parties will attempt to agree on an amended answer that addresses Plaintiff's concerns.  If the parties cannot agree, the pre-motion conference request can be renewed.  If the parties wish to convert the June 14 settlement conference from in-person to Zoom, they shall file a letter request to that effect at least one week prior to the conference.