## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 14, 2022 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-22-296 (JMA) |
| **NAME OF CASE(S):** | **JACKSON V. SHORE FUNDING SOLUTIONS, INC.** |
| **FOR PLAINTIFF(S):** | Schmierer |
| **FOR DEFENDANT(S):** | Olshaker |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

### RULINGS FROM SETTLEMENT CONFERENCE:

Settlement discussions were held and the parties were able to reach a disposition. Parties shall file the stipulation of dismissal by July 1, 2022.