**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jeremy Jackson, individually and of behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>Shore Funding Solutions, Inc.; and DOES 1 through 10, inclusive,<br><br>      Defendant. | Case No.: 2:22-cv-00296-JMA-ST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto, as well as the respective parties hereto, that no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, and that the above-captioned action is hereby discontinued with prejudice, that the action and all claims and defenses asserted herein are dismissed with prejudice and without costs and fees.

Dated: New York, New York
    July 1, 2022

| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **LAW OFFICE OF CLIFFORD OLSHAKER, P.C.** |
| */s/ Ross Schmierer* | *Clifford Olshaker, Esq.* |
| Ross Schmierer, Esq. | Clifford Olshaker, Esq. |
| 48 Wall Street, Suite 1100 | 40-47 75th Street, 3rd Floor |
| New York, NY 10005 | Elmhurst, NY 11373 |
| Phone: (800) 400-6808 | Phone: (718) 429-2505 |
| ross@kazlg.com | cliffordolshaker@yahoo.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |