FILED
CLERK
12:07 pm, Jul 05, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jeremy Jackson, individually and of behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Shore Funding Solutions, Inc.; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.: 2:22-cv-00296-JMA-ST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto, as well as the respective parties hereto, that no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, and that the above-captioned action is hereby discontinued with prejudice, that the action and all claims and defenses asserted herein are dismissed with prejudice and without costs and fees.

Dated: New York, New York
       July 1, 2022

| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC**<br><br> /s/ Ross Schmierer<br>Ross Schmierer, Esq.<br>48 Wall Street, Suite 1100<br>New York, NY 10005<br>Phone: (800) 400-6808<br>ross@kazlg.com<br><br>*Attorneys for Plaintiff* | **LAW OFFICE OF CLIFFORD OLSHAKER, P.C.**<br><br>*Clifford Olshaker, Esq.*<br>Clifford Olshaker, Esq.<br>40-47 75th Street, 3rd Floor<br>Elmhurst, NY 11373<br>Phone: (718) 429-2505<br>cliffordolshaker@yahoo.com<br><br>*Attorneys for Defendant* |

Case closed.
SO ORDERED.
/s/ JMA, USDJ
7/5/2022